# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 1:19-cv-20479-KMM

JOANN YUSKO,

     Plaintiff,

vs.

NCL (BAHAMAS) LTD.,

     Defendant.

_____/

## DEFENDANT'S MOTION TO CONVENTIONALLY FILE NON-PDF EXHIBIT

Defendant, NCL (BAHAMAS) LTD. ("NCL"), moves to conventionally file non-pdf exhibits, and states:

1. Plaintiff claims that she was injured while dancing onboard the Norwegian *Gem*. *See* DE 28 (Plaintiff's Amended Complaint).

2. On November 4, 2019, NCL filed a motion for summary judgment. DE 60.

3. NCL's motion for summary judgment relies, in part, on video footage of Plaintiff's claimed incident.

4. NCL moves for leave to conventionally file video footage of Plaintiff's claimed incident.

5. NCL believes that this Court will be aided in disposing of the motion for summary judgment by reviewing the video footage.

6. The video footage of Plaintiff's incident is a clip three (3) minutes and twenty-seven (27) seconds in length.

7.      NCL intends to file the video footage in .MP4 format on a compact disc.

WHEREFORE, NCL respectfully requests that this Court grant it leave to conventionally file non-pdf exhibits in addition to any other relief this Court deems just and proper.

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that counsel for the movant has attempted to confer with Plaintiff's counsel regarding the relief sought by e-mailing Plaintiff's counsel on November 4, 2019 at 5:12 p.m., but has not received a response as of the filing of this Motion.

Respectfully submitted,

**McALPIN CONROY, P.A.**
*Counsel for NCL (Bahamas) Ltd.*
80 S.W. 8th Street, Suite 2805
Miami, Florida 33130
Tel: (305) 810-5400
Fax: (305) 810-5401

By: */s/ W. Cooper Jarnagin*
Richard J. McAlpin
RMcAlpin@McAlpinConroy.com
Florida Bar No. 438420
W. Cooper Jarnagin
CJarnagin@McAlpinConroy.com
Florida Bar No.: 117767

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 4, 2019, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

*/s/ W. Cooper Jarnagin*

## <u>SERVICE LIST</u>

David W. Singer
Peter G. Walsh
DAVID W. SINGER & ASSOCIATES, P.A.
Hollywood, Florida 33020
Telephone: 954-920-1571
Fascimile: 954-926-5746
dsingeresq@aol.com
pwalsh@1800askfree.com
*Attorneys for Plaintiff*

Robert F. Datner
THE DATNER FIRM
340 N. Landsdowne Avenue
Landsdowne, PA 19050
Telephone: 610-394-3000
*Attorney for Plaintiff*

McALPIN CONROY, P. A.
80 SOUTHWEST 8TH STREET, SUITE 2805, MIAMI, FLORIDA  33130 * TEL (305) 810-5400 * FAX (305) 810-5401